455 A.2d 199

Commonwealth v. Ball, Appellant.

Submitted May 22, 1982.

Benjamin S. Blakley, III, for appellant; F. Cortez Bell, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., MONTGOMERY and VAN der VOORT, JJ.

Judgment of sentence of the lower court is affirmed.

455 A.2d 199

Commonwealth v. Cozzi, Appellant.

Commonwealth v. McGinness, Appellant.

Submitted June 3, 1982.

Anthony D. Miele, for appellants; Frederick D. Lingle, District Attorney, for Commonwealth, appellee.

Before HESTER, CIRILLO and JOHNSON, JJ.

Judgments of sentence affirmed.